Same case below, 639 F.3d 964.

**No. 11-6233. Edward Anthony Throop, Petitioner v. Fernando Gonzalez, Warden.**

565 U.S. 1016, 132 S. Ct. 554, 181 L. Ed. 2d 401, 2011 U.S. LEXIS 8027.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6277. Lynette Manspeaker, Petitioner v. Florida.**

565 U.S. 1016, 132 S. Ct. 554, 181 L. Ed. 2d 401, 2011 U.S. LEXIS 7935.

November 7, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 60 So. 3d 391.

**No. 11-6281. Bodhisattva Skandha, Petitioner v. Gary Roden, Superintendent, Massachusetts Correctional Institution at Norfolk.**

565 U.S. 1016, 132 S. Ct. 554, 181 L. Ed. 2d 401, 2011 U.S. LEXIS 7994.

November 7, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 79 Mass. App. 1110, 944 N.E.2d 1095.

**No. 11-6283. Glenn Rice, Petitioner v. Stuart Hudson, Warden.**

565 U.S. 1016, 132 S. Ct. 555, 181 L. Ed. 2d 401, 2011 U.S. LEXIS 8013.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6301. Debra-Ann Wellman, Petitioner v. DuPont Dow Elastomers L.L.C., et al.**

565 U.S. 1017, 132 S. Ct. 555, 181 L. Ed. 2d 401, 2011 U.S. LEXIS 7937.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 414 Fed. Appx. 386.

**No. 11-6332. David Zivkovic, Petitioner v. Idaho.**

565 U.S. 1017, 132 S. Ct. 555, 181 L. Ed. 2d 401, 2011 U.S. LEXIS 7961.

November 7, 2011. Petition for writ of certiorari to the Court of Appeals of Idaho denied.

Same case below, 150 Idaho 783, 251 P.3d 611.

**No. 11-6344. Michael William Ledford, Petitioner v. Georgia.**

565 U.S. 1017, 132 S. Ct. 556, 181 L. Ed. 2d 401, 2011 U.S. LEXIS 7952.

November 7, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 289 Ga. 70, 709 S.E.2d 239.

**No. 11-6357. Marcel Roy Bendshadler, Petitioner v. United States.**

565 U.S. 1017, 132 S. Ct. 556, 181 L. Ed. 2d 401, 2011 U.S. LEXIS 8014.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 438 Fed. Appx. 569.